PD-1353-15

PD-1353-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/16/2015 9:40:36 AM
Accepted 10/16/2015 2:31:17 PM
ABEL ACOSTA
CLERK

NO: _____
### COA NO. 13-14-00191 CR
### TRIAL COURT CASE NO(s) E105654

## TEXAS COURT OF
## CRIMINAL APPEALS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **SALMA MONALA-KHALIL** | § | **APPEAL FROM THE COUNTY** |
| | § | **COURT AT LAW NO. 2** |
| | § | |
| **vs.** | § | **OF** |
| | § | |
| **THE STATE OF TEXAS, APPELLEE** | § | **ORANGE COUNTY, TEXAS** |

## MOTION TO EXTEND THE TIME FOR FILING APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the Appellant and moves the Court for an extension of time to file a Appellant's Petition for Discretionary Review in this cause , and in support thereof would show the Court as follows:

### I.

The Appellant was convicted of Driving While Intoxicated, 1st Offense on February 14th, 2014. At the same time the Defendant was sentenced to 180 days confinement in the Orange County Jail, and a $300.00 fine. At that time, on the finding of the court defendant was eligible for probation and that the jail sentence be suspended and the defendant be placed on probation for a term of one (1) year; In the County Court at Law No. Two (2), of Orange County, Texas, in case styled as; **THE STATE OF TEXAS VS. SALMA MONALA-KHALIL, under Cause No. E105654.**

FILED IN
COURT OF CRIMINAL APPEALS

October 16, 2015

ABEL ACOSTA, CLERK

## II.

That Appellant's Petition for Discretionary Review was due to be filed on the 17TH day of October, 2015.

## III.

Appellant respectfully requests that this Honorable Court grant an additional extension of approximately thirty days or until the 16th day of November 2015

## IV.

That such extension is necessary for the following reasons:

1.  Counsel was just retained today by Appellant to represent her concerning matters of Petition for Discretionary review.

2.  Counsel has had heavy federal and felony trial dockets; out-of-state and county this past month. Counsel respectfully requests this honorable court's consideration in granting additional time to review the Court of Appeals Judgment and research the appellant errors.

3.  This extension is not sought for delay only, but that justice may be done in this case.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests and prays that this Honorable Court extend the time for the filing of Appellant's Petition for Discretionary Review be filed herein approximately November 16th, 2015

Respectfully submitted,

/s/Bryan S. Laine
**/s/Bryan S. Laine**
1045 S. Redwood
Kountze, Texas 77625
Tel: (409) 246-4008
Fax: (409) 246-3645

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been forwarded

to all associated parties in the foregoing, as indicated below, on this the 15th of October 2015.


/s/Bryan S. Laine
/s/Bryan S. Laine
State Bar No. 24011488


**Texas Court of Criminal Appeals**
**201 West 14th Street**
**Room #106**
**Austin, TX   78701,**

**Tom Kelly**
**Orange County District Attorney**
**801 Division Street**
**Via facsimile (409) 883-9322**

**NO:** _____

**COA NO. 13-14-0191 CR**

**TRIAL COURT CASE NO(s) E105654**

**TEXAS COURT OF**

**CRIMINAL APPEALS**

**AUSTIN, TEXAS**

| | | |
|---|---|---|
| SALMA MONALA-KHALIL | § | APPEAL FROM THE COUNTY |
| | § | COURT AT LAW NO. 2 |
| | § | |
| vs. | § | OF |
| | § | |
| THE STATE OF TEXAS, APPELLEE | § | ORANGE COUNTY, TEXAS |

**O R D E R**

On _____, 20____, came on to be considered Salma Monala Khalil's Motion for Extension in Time in Filing Appellant's Petition for Discretionary Review is hereby:

(Granted)   (Denied)

JUDGE PRESIDING

_____